

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00144-CV
_____

IN THE INTEREST OF C.D., L.D., M.D., AND J.G., CHILDREN

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV17-11-994

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Withdraw Notice of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: May 9, 2019